1   WESLEY T. EVANS
    DANA H. EVANS
2   The Evans Law Firm
    P.O. Box 528
3   Canton, MS 39046
    Telephone: 601-855-2255
4   Facsimile: 601-855-2277
    Attorneys for Plaintiffs
5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          Case No.: 08-0860 CRB
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION        MDL NO. 1699
                                        District Judge: Charles R. Breyer
14

15  Clara Ford, et al.,

16                      Plaintiffs
                                        STIPULATION AND ORDER OF
17      vs.                             DISMISSAL WITH PREJUDICE

18  G.D. Searle & Co., et al.,

19                      Defendants.

20

21

22      Come now the Plaintiffs, Clara Ford and Joseph Turner in the above-entitled action and

23  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

25  //

26  //

27  //

28  //

                                       -1-

               STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: *March 10*, 2010     By: _____

**THE EVANS LAW FIRM**
P.O. Box 528
Canton, MS 39046
Telephone: 601-855-2255
Facsimile: 601-855-2277

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: APR - 5 2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE